IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-6-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JAMES LEEVANN HOWARD | : |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 2, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846 and 18 U.S.C. § 1956(h), and agreeing to the forfeiture of the property listed in the August 2, 2010 Preliminary Order of Forfeiture, to wit:

**Real property** located at 5913 Sentinel Drive, Raleigh, North Carolina 27609, and any and all appurtenances and improvements thereto. Being legally described at Book 7208, Pages 836-837 of the Wake County Register of Deeds, North Carolina;

**Personal Property**

A) $9,788.00 in U. S. currency which was seized from the defendant at the time of his arrest;

B) All funds seized from financial accounts held at Freedom Federal Credit Union and AXA Equitable Financial Services, LLC titled in the name of James L. Howard and/or Advanced Data Solutions, specifically: Freedom Federal Credit Union Accounts

Numbered as - XXXX76-50, XXX76-91, XXX76-99, XXX50-91, and XXX50-99; and, AXA Equitable Financial Services, LLC, Equi-Vest Account Number - XX-XX8-333, MFS Account Number - XXXXX5774, Oppenheimer Accounts Numbered as - XXXXXXXX2085 and XXXXXXXX4249; and

C) A 2000 Jeep Grand Cherokee, VIN: 1J4GW48N5YC227662, NC Plate No. KRR-3344 and A 2005 Maserati M138 Coupe, VIN: ZAMBC38AX50018037, NC Plate No. XWS-3483;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 11, 2010 and October 10, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on January 28, 2011, a Settlement Agreement was entered into by the United States and Petitioner BAC Home Loans Servicing, LP as to the subject real property located at 5913 Sentinel Drive, Raleigh, North Carolina.

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property

2

described in this Court's August 2, 2010 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the August 2, 2010 Preliminary Order of Forfeiture is hereby forfeited to the United States, subject only to the interest of BAC Home Loans Servicing, LP. That the United States Department of Treasury is directed to dispose of the property according to law.

2. That the January 28, 2011 Settlement Agreement between the United States of America and BAC Home Loans Servicing, LP is approved.

3. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __31__ of day __January__, 2011.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

3